
FILED
9/21/2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION


RECEIVED
JUN 2 0 2016
6-20-16 JR
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Tim Barfield
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Thomas J Dart

(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

16c 6417
Judge Amy J. St. Eve
Magistrate Judge M. David Weisman
PC 9

Case No:_____
(To be supplied by the <u>Clerk of this Court</u>)

CHECK ONE ONLY:

√    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
     U.S. Code** (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
      28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: Tim Barfield
   B. List all aliases: NONE
   C. Prisoner identification number: R52530
   D. Place of present confinement: Sheridan C.C.
   E. Address: 4017 E 2603 Rd

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Thomas J Dart
      Title: Sheriff
      Place of Employment: Cook County Jail
   B. Defendant: 
      Title: 
      Place of Employment: 
   C. Defendant: 
      Title: 
      Place of Employment: 

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: N/A

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

All of the unconstitutional living conditions and confinement conditions at Cook County Jail. My time being there was April 2013 to July of 2014. The cell I was living in was filthy, and dirty brown water leaking from toilet and ceiling when ever it rained. The toilet sometimes work when it wanted. I always ask to be move to another cell. Especially once I seem rats and mice every where. It was also a cockroach infestation. Black mold was all over the shower and the floor by the shower. All they did was paint over it, and it keep coming back. Shower water and molded water leaked all over the cell block. which made it rusted ever where. The food they gave us was under cook and half done. It made me sick. All of this was going on in Div #1 the whole time I was the from April 2013 to July 2014.

Revised 9/2007

Revised 9/2007

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

To be Conpistated for medical issues from being expost to black mold, bacteria, infestions, and brown rusted walter every where in Div #1.

VI. The plaintiff demands that the case be tried by a jury. ☐ YES ☑ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 8 day of June, 20 16

State of Ill County of LaSalle
Signed before me on this ___ day
of ___ 20 16 by ___
Notary Public ___

"OFFICIAL SEAL"
GAIL L SESSLER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 5/04/2017

(Signature of plaintiff or plaintiffs)
Tim Barfield
(Print name)

R52530
(I.D. Number)

4017 E 2603 Rd Sheridan C.C.
Sheridan, Ill 60551
(Address)

6

Revised 9/2007

Legal Mail

Barfield
STATE OF ILLINOIS
**Department of Corrections**
SHERIDAN CORRECTIONAL CENTER
4017 E. 2603 Road
Sheridan, Illinois 60551
R52530

OR: North District of Ill Eastern Div
219 South Dearborn 20th fl
Chicago, Ill 60604

2016 JUN 20 PM 2:37 M
2016 JUN 20 JR M

16c 6417
Judge Amy J. St. Eve
Magistrate Judge M. David Weisman
PC 9

neopost
06/15/2016
US POSTAGE
$01.15⁰
ZIP 60551
041L11242874
FIRST-CLASS MAIL